UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DCR WORKFORCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> COUPA SOFTWARE INCORPORATED, <br><br> Defendant. | Case No. 23-cv-02234-JD <br><br> **ORDER REMANDING CASE** |

At the joint request of the parties, Dkt. No. 14, and in light of defendant Coupa Software Incorporated's withdrawal of its notice of removal, Dkt. No. 12, the case is ordered remanded to the Superior Court of California, County of San Mateo.

**IT IS SO ORDERED.**

Dated: May 22, 2023

_____
JAMES DONATO
United States District Judge